UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMMANUEL ROMERO TORRES,

    Plaintiff,

v.                                         Case No: 6:18-cv-1965-Orl-28DCI

OMEGA SOLUTIONS TRANSPORT,
INC. and MANNY BENITEZ,

    Defendants.

## ORDER

This case is before the Court on the Plaintiff's Motion for Partial Summary Judgment (Doc. 33) filed by Plaintiff. The assigned United States Magistrate Judge has submitted a Report (Doc. 36) recommending that the motion be granted in part and denied in part. No objections to the Report have been filed.

After review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1. The Report and Recommendation (Doc. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2. The Plaintiff's Motion for Partial Summary Judgment (Doc. 33) is **GRANTED in part and DENIED in part**.

        a. The Motion is granted to the extent that the Court finds that Plaintiff is entitled to summary judgment in his favor with regard to his status as an employee of Omega under the FLSA.

      b. The Motion is denied in all other respects.

**DONE** and **ORDERED** in Orlando, Florida, on May 20, 2020.

                                            JOHN ANTOON II
                                            United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record