# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EMMANUEL ROMERO TORRES,**

    **Plaintiff,**

v.                                                              Case No: 6:18-cv-1965-Orl-28DCI

**OMEGA SOLUTIONS TRANSPORT, INC. and MANNY BENITEZ,**

    **Defendants.**

## ORDER

This case is before the Court on the Renewed Joint Motion to Approve Consent Judgment Agreement and to Dismiss with Prejudice (Doc. 42). The assigned United States Magistrate Judge has submitted a Report (Doc. 43) recommending that the motion be granted and that the Court enter judgment as requested by the parties. The deadline to file objections to the Report has passed, and no objections were filed.

After review of the record in this matter, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 43) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Renewed Joint Motion to Approve Consent Judgment Agreement and to Dismiss with Prejudice (Doc. 42) is **GRANTED**.

3. The consent judgment[1] will be entered separately.

---

[1] The consent judgment will be entered in substantially the form submitted by the parties (Doc. 42-1), with minor changes to correct spelling and to avoid redundant and superfluous language.

4. After entry of the consent judgment, the Clerk shall close this case.

**DONE** and **ORDERED** in Orlando, Florida, on November 20, 2020.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record

2