UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EMMANUEL ROMERO TORRES,

    Plaintiff,

v.

Case No: 6:18-cv-1965-Orl-28DCI

OMEGA SOLUTIONS TRANSPORT, INC.
and MANNY BENITEZ,

    Defendants.

## CONSENT JUDGMENT

WHEREAS, Plaintiff, Emmanuel Romero Torres, filed a Complaint on November 15, 2018, against Defendants, Omega Solutions, Transport, Inc., a Florida corporation, and Manny Benitez, in his individual capacity;

WHEREAS, the Complaint claimed, *inter alia*, unpaid overtime, declaratory relief, injunctive relief, and attorney's fees and costs;

WHEREAS, the parties have agreed to resolve their claims without the need for further litigation;

WHEREAS, Defendants, by their attorney, have consented to entry of Consent Judgment without trial or adjudication of any issues of fact or law and to waive any appeal if the Consent Judgment is entered as submitted by the parties;

WHEREAS, Defendants, by entering into this Consent Judgment, do not admit the allegations of the Complaint other than those facts deemed necessary to the jurisdiction of this Court;

NOW THEREFORE, without trial or adjudication of issues of fact or law, without this

Consent Judgment constituting evidence against Defendants, and upon consent of Defendants, the Court finds there is good and sufficient cause to enter this Consent Judgment, and that it is therefore ORDERED, ADJUDGED, AND DECREED:

1. Pursuant to this Consent Judgment, which is fair and reasonable and constitutes full relief, Defendants shall pay Plaintiff the sum of $7,715.52. This sum represents back pay in the amount of $3,857.76 plus an additional equal amount in liquidated damages.

2. Defendants shall pay Perez Law, P.A. $11,065.00 for the firm's hours and costs. This sum represents $10,500 in attorney's fees (approximately 28 hours at $375 per hour) plus filing fees and service of process fees of $565.

**SO ORDERED** this 20th day of November, 2020.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
Counsel of Record